IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2004 GREEN FORD EXPEDITION, BEARING TENNESSEE LICENSE PLATE 257AE4 | No. 17-MJ-2072 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 19 day of December, 2017.

Jeffery S. Frensley
United States Magistrate Judge